# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

DANA CHATMON,

    Plaintiff,

v.

NATIONAL CREDIT SYSTEMS, INC.,

    Defendant.

Case No. 1:18-cv-02713-WTL-MJD
Hon. William T. Lawrence
Magistrate Judge Mark J. Dinsmore

_____

## DEFENDANT NATIONAL CREDIT SYSTEMS, INC.'S, UNOPPOSED MOTION TO AMEND THE CASE MANAGEMENT PLAN

Defendant National Credit Systems, Inc., through its counsel, Varnum LLP ("Varnum"), moves for an Order amending the Case Management Plan (ECF No. 11).

1. The original deadline for the Defendant to file and serve preliminary witness and exhibit lists is November 27, 2018 (ECF No. 11).

2. Defendant respectfully requests an extension of the deadline to file and serve preliminary witness and exhibit lists until December 4, 2018. Defendant represents that good cause for this extension exists because counsel for Defendant, Charity Olson, resigned from Varnum and has indicated she does not intend to practice law for the foreseeable future.

3. Varnum deeply regrets and humbly apologizes for any inconvenience Ms. Olson's resignation and this request may cause the Court and Plaintiff's counsel.

4. In light of the above, Defendant respectfully requests an extension of time, until December 4, 2018, to file and serve preliminary witness and exhibit lists.

<u>Concurrence</u>.  On November 27, 2018, counsel for Defendant conferred with Plaintiff's counsel regarding these circumstances and the relief sought herein. Plaintiff's counsel concurred with the relief sought in this motion.

WHEREFORE, Defendant respectfully moves this Honorable Court to grant its Motion to Amend the Case Management Plan and to adjourn the deadline for the Defendant to file and serve preliminary witness and exhibit lists to December 4, 2018, and to award any other relief the Court deems just and appropriate.  A proposed Order is attached as **Exhibit A.**

                                Respectfully submitted,

                                VARNUM LLP
                                Attorneys for Defendant

Dated:  November 27, 2018        By:   */s/ Adam J. Brody*
                                          Adam J. Brody (P62035)
                                Business Address, Telephone, and Email:
                                    P.O. Box 352
                                    Grand Rapids, MI  49501-0352
                                    Telephone: (616) 336-6000
                                    ajbrody@varnumlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send the notification of such filing to counsel of record.

By: */s/ Adam J. Brody*
Adam J. Brody

14289793_1.docx